UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SAMPSON HUNTER, et al., | No. 2:19-cv-2340 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT JONES, et al.,, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 9, 2020, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 14.)  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 15.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis, and the objections void of any content that suggests plaintiff's having not previously filed his own complaint can now be cured.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 9, 2020, are adopted in full; and
2. This action is dismissed.

DATED: May 5, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE