1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID SAMPSON HUNTER,                     No.  2:19-cv-2340-KJM-DB

12            Plaintiff,

13       v.                                    ORDER

14   SCOTT JONES,

15            Defendant.

16

17            On May 5, 2020, this court adopted the magistrate judge's findings and

18   recommendations and dismissed plaintiff's § 1983 claims.  ECF No. 16.  Movant has filed a

19   notice of appeal, ECF No. 19, and a motion for a certificate of appealability, ECF No. 18.[1]

20            Plaintiff does not need a certificate of appealability to appeal this case.  The

21   certificate of appealability requirement only applies to claims for habeas corpus relief arising

22   under 28 U.S.C. § 2254 or § 2255.  *See* Fed. R. App. P. 22(b); *see also Hulihan v. Reg'l Transp.*

23   *Comm'n of S. Nevada*, No. 2:09-CV-01096-ECR, 2012 WL 3135681, at *1 (D. Nev. Aug. 1,

24   2012); *Dalluge v. U.S. Dep't of Justice*, No. C11–5037RBL, 2011 WL 1675407, at *1 (W.D.

25   Wash. May 4, 2011) ("As this case was brought pursuant to 42 U. S.C. § 1983, there is no

26   requirement for a certificate of appealability."); *Jenkins v. Caplan*, No. C 02–5603 RMW (PR),

27   _____

28   [1] The court construes defendant's filing titled "objections to findings and
     recommendations" as a request for a certificate of appealability.

                                                1

1   2010 WL 3057410, at *1 (N.D. Cal. Aug. 2, 2010) ("[A] Certificate of Appealability is

2   inapplicable to a § 1983 action.").  Plaintiff's request for a certificate of appealability, ECF No.

3   18, is therefore DENIED as moot.

4         IT IS SO ORDERED.

5    DATED:  June 2, 2020.

6                                                                   CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28